UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN, | Case No. 2:24-cv-02064-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE |
| D. DAVIS, *et al.*, | |
| Defendants. | **FINDINGS AND RECOMMENDATIONS** |
| | THAT PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* BE DENIED AND HE BE DIRECTED TO PAY THE FILING FEE WITHIN THIRTY DAYS OF ANY ORDER ADOPTING THESE RECOMMENDATIONS |
| | ECF No. 2 |

Plaintiff has filed a complaint, ECF No. 1, and a request to proceed *in forma pauperis*, ECF No. 2. He is, however, a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g). He has filed three cases that have been dismissed for failure to state a claim. Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted:

(1) *Rushdan v. Gear*, No. 1:16-cv-01017-LJO-BAM (E.D. Cal) at ECF Nos. 21 & 23;

(2) *Rushdan v. Terhune*, 2:01-cv-00364-LKK-GGH (E.D. Cal) at ECF Nos. 6-8;[1] (3) *Rushdan v.*

---

[1] Here, the magistrate judge found that the complaint did not state a claim and offered leave to amend. Plaintiff declined to amend, and the action was dismissed. This counts as a

1

1   *Ramirez-Palmer*, 2:02-cv-00524-DFL-DAD (E.D. Cal) at ECF Nos. 6 & 10.

2         Plaintiff might still be eligible to proceed *in forma pauperis* if his complaint made a
3   showing of imminent physical danger.  The allegations in his complaint are inadequate to make
4   this showing.

5         Plaintiff alleges that, in 2022 and 2023, his rights were violated when defendants assigned
6   him to prison quarters that would be dangerous to his health.  ECF No. 1 at 9.  Plaintiff allegedly
7   refused to transfer on that basis and received a rules violation report.  *Id.* at 9-10.  The complaint
8   in this case was filed in July 2024 and there is no indication therein that he was in any imminent
9   danger at the time the complaint was filed.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th
10  Cir. 2007) ("We are in agreement with all of these cases in holding that it is the circumstances at
11  the time of the filing of the complaint that matters for purposes of the 'imminent danger'
12  exception to § 1915(g).").

13        Accordingly, it is ORDERED that the Clerk of Court is directed to assign a district judge
14  to this action.

15        Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*,
16  ECF No. 2, be DENIED and that plaintiff be directed to tender the filing fee within thirty days of
17  any order adopting these recommendations.

18        These findings and recommendations are submitted to the United States District Judge
19  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of
20  service of these findings and recommendations, any party may file written objections with the
21  court and serve a copy on all parties.  Any such document should be captioned "Objections to
22  Magistrate Judge's Findings and Recommendations," and any response shall be served and filed
23  within fourteen days of service of the objections.  The parties are advised that failure to file
24  objections within the specified time may waive the right to appeal the District Court's order.  *See*
25  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.
26  1991).

27

28  strike.  *See Harris v. Mangum*, 863 F.3d 1133, 1143 (9th Cir. 2017).

IT IS SO ORDERED.

Dated:    October 3, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE