UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>D. DAVIS, *et al.*,<br><br>                    Defendants. | Case No.  2:24-cv-2064-TLN-JDP (P) |

Plaintiff Saladin Rushdan filed a civil rights complaint with an accompanying request to proceed *in forma pauperis*.  On October 3, 2024, I recommended denying plaintiff's *in forma pauperis* application because he is a Three Striker within the meaning of Title 28 U.S.C. § 1915(g).  ECF No. 6.  Plaintiff has filed a motion seeking reconsideration of that order.  ECF No. 7.

Plaintiff argues that certain cases identified as strikes—*Rushdan v. Terhune*, 2:01-cv-0364-LKK-GGH (E.D. Cal), and *Rushdan v. Ramirez-Palmer*, 2:02-cv-0524-DFL-DAD (E.D. Cal.)—are not real cases.  ECF No. 6 at 1.  However, not only do court records reflect that plaintiff initiated both cases, but plaintiff acknowledged both of these actions in his complaint. *See* ECF No. 1 at 8 (Plaintiff's list of previous lawsuits includes "2:01-cv-00364" and "2:02-cv-00524").

Under Rule 60(b), the court may grant reconsideration of a final judgment and any order

based on: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within ten days of entry of judgment; and (3) fraud, misrepresentation, or misconduct of an opposing party.  *See* Fed. R. Civ. P. 60(b)(1)-(3).  A motion for reconsideration on any of these grounds must be brought within one year of entry of judgment or the order being challenged.  *See* Fed. R. Civ. P. 60(c)(1).  A motion for reconsideration on any of these grounds must be brought "within a reasonable time."  Fed. R. Civ. P. 60(c)(1).

Plaintiff has not identified a legal basis for reconsidering my order recommending that his application for *in forma pauperis* be denied, and at this time, I find no basis in the record to do so.  While plaintiff's motion argues that two of his previous cases do not exist, that argument is contradicted by court records and plaintiff's own identification of both cases in his complaint.

Accordingly, it is hereby ORDERED that plaintiff's motion for reconsideration, ECF No. 7, is denied.

IT IS SO ORDERED.

Dated:   October 29, 2024                                  _____
                                                                                  JEREMY D. PETERSON
                                                                                  UNITED STATES MAGISTRATE JUDGE